LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panos@panoslagoslaw.com

Attorney for Plaintiffs,
JOSE GALINDO and SANDRA HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALINDO, SANDRA HERNANDEZ, <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>CITY OF SAN MATEO, a municipal corporation, San Mateo Police Department Officers FAYSAL ABI-CHAHINE, individually, and DERRICK JARVIS, also known as DERRIK JARVIS, individually, and DOES 1 to 100, jointly and severally, <br><br>　　　　Defendants. | Case No. 3:16-cv-03651-EMC <br><br> STIPULATION [AND ~~PROPOSED ORDER~~] TO CONTINUE OCTOBER 27, 2016 HEARING ON DEFENDANTS' MOTION TO DISMISS [Fed. R. Civ. P. 12(b)(6)] <br><br> Ctrm.: 5, 17th Floor (San Francisco) <br><br> Hon. Edward M. Chen |

　　　Plaintiffs and Defendants, by and through their attorneys of record, hereby agree and stipulate that the hearing on Defendants' Motion to Dismiss, presently scheduled for October 27, 2016 at 1:30 p.m., be continued to November 3, 2016 at 1:30 p.m.

　　　The continuance is at the request of Plaintiff's counsel who will be on vacation on October 27, 2016.

　　　IT IS SO STIPULATED.

Dated: September 16, 2016　　　　LAW OFFICES OF PANOS LAGOS


　　　　　　　　　　　　　　　　　　/s/Panos Lagos
　　　　　　　　　　　　　　　　　　Panos Lagos, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs,
　　　　　　　　　　　　　　　　　　JOSE GALINDO, SANDRA HERNANDEZ

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
*Galindo, Hernandez v. City of San Mateo, et al.*
USDC (N.D. Cal.) Case No.: 3:16-cv-03651-EMC　　　　　　　　　　　　　　　　　　1

1  Dated: September 19, 2016                    LEONE & ALBERTS

                                                */s/ Katherine A. Alberts*
                                                LOUIS A. LEONE, ESQ.
                                                KATHERINE A. ALBERTS, ESQ.
                                                Attorney for Defendants CITY OF SAN
                                                MATEO, FAYSAL ABI-CHAHINE, and
                                                DERRICK JARVIS

**ORDER**

Based on the above Stipulation, and good cause appearing,

IT IS ORDERED that the hearing on Defendants' Motion to Dismiss, presently scheduled for October 27, 2016 at 1:30 p.m., is continued to November 3, 2016 at ~~1:30 p.m.~# 9:30 a.m.

Dated: September 21, 2016

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
*Galindo, Hernandez v. City of San Mateo, et al.*
USDC (N.D. Cal.) Case No.: 3:16-cv-03651-EMC                                             2