UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALINDO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN MATEO, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-03651-EMC<br><br>**ORDER RE JOINT DISCOVERY LETTER BRIEF, DATED JANUARY 30, 2017; AND ORDER REFERRING DISCOVERY**<br><br>Docket No. 47 |

　　　　The parties have submitted a joint letter regarding a discovery dispute – more specifically, a dispute over what terms should be included in the protective order to be entered in this case. Having considered the joint letter and attachments thereto, the Court hereby rules as follows.

　　　　1.　　Disputed language in §§ 4, 7.1, and 13. The Court orders that the language of the model protective order be used.

　　　　2.　　Disputed language in § 1. Although the parties have a limited dispute with respect to § 1, the Court finds that the agreed-upon language in § 1 – which is a modification to the language used in the model protective order – inappropriate. The Court orders that the language of the model protective order be used.

　　　　3.　　Disputed language in § 5.1. The Court orders that the language of the model protective order be used.

　　　　4.　　Disputed language in § 12.3. The Court orders that the language of the model protective order be used.

　　　　The parties are hereby ordered to jointly file a revised proposed protective order, consistent with the rulings in this order, for the Court to sign. The joint filing shall be made within a day of the date of this order.

In addition, the Court hereby orders that all discovery matters are hereinafter referred to a magistrate judge for resolution.

**IT IS SO ORDERED**.

Dated: February 1, 2017

_____
EDWARD M. CHEN
United States District Judge