1  LOUIS A. LEONE, ESQ. (SBN: 099874)
2  KATHERINE A. ALBERTS, ESQ. (SBN 212825)
   CLAUDIA LEED, ESQ. (SBN: 122676)
3  **LEONE & ALBERTS**
   A Professional Corporation
4  2175 N. California Blvd., Suite 900
   Walnut Creek, CA  94596
5  Telephone:   (925) 974-8600
6  Facsimile:     (925) 974-8601
   E-Mail:   lleone@leonealberts.com
7              kalberts@leonealberts.com
              cleed@leonealberts.com
8

9  Attorneys for Defendants
   CITY OF SAN MATEO, FAYSAL ABI-CHAHINE,
10 and DERRICK JARVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALINDO, SANDRA HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN MATEO, a municipal corporation, San Mateo Police Department Officers FAYSAL ABI-CHAHINE, individually, and DERRICK JARVIS, also known as DERRIK JARVIS, individually, and DOES 1 to 100, jointly and severally,<br><br>Defendants. | Case No.:   3:16-cv-03651-EMC<br><br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF JOSE GALINDO'S CLAIMS AGAINST THE DEFENDANTS WITH PREJUDICE** |

The parties to the above captioned action hereby stipulate by and through their undersigned counsel of record as follows:

WHEREAS, on June 7, 2017 plaintiff JOSE GALINDO (hereinafter referred to as "Plaintiff") executed a Settlement Agreement whereby Plaintiff agreed to dismiss all his claims including all attorneys' fees and costs with prejudice against Defendants, CITY

OF SAN MATEO, FAYSAL ABI-CHAHINE and DERRIK JARVIS.

WHEREAS, on June 7, 2017 Plaintiff's Counsel, Panos Lagos acknowledged receipt of the settlement check.

WHEREAS, the Settlement Agreement provides that within 5 days of receiving the settlement check, plaintiff will authorize and file a dismissal of his action with prejudice.

WHEREAS, plaintiff hereby requests that this Court dismiss all his claims with prejudice, including all claims for attorneys' fees and costs against the defendants in this matter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 30, 2017                LAW OFFICES OF PANOS LAGOS

                                      By: ___/s/ Panos Lagos_____
                                          PANOS LAGOS, ESQ.
                                          Attorneys for Plaintiffs
                                          JOSE GALINDO and SANDRA HERNANDEZ

Dated: August 30, 2017                LEONE & ALBERTS

                                      By: ___/s/ Claudia Leed_____
                                          LOUIS A. LEONE, ESQ.
                                          KATHERINE A. ALBERTS, ESQ.
                                          CLAUDIA LEED, ESQ.
                                          Attorneys for Defendants
                                          CITY OF SAN MATEO, FAYSAL ABI-CHAHINE, and
                                          DERRIK JARVIS

**ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: __9/1/17_____        _____
                                 JUDGE EDWARD M. CHEN
                                 UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*