LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panos@panoslagoslaw.com

Attorney for Plaintiff,
SANDRA HERNANDEZ


LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
CLAUDIA LEED, ESQ. (SBN: 122676)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Email:  lleone@leonealberts.com
        kalberts@leonealberts.com
        cleed@leonealberts.com


Attorneys for Defendants
CITY OF SAN MATEO, FAYSAL ABI-CHAHINE,
and DERRIK JARVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HERNANDEZ, | Case No. 3:16-cv-03651-EMC |
| Plaintiff, | JOINT STIPULATION AND [Proposed] ORDER TO CONTINUE NOVEMBER 16, 2017 STATUS CONFERENCE |
| vs. | |
| CITY OF SAN MATEO, a municipal corporation, San Mateo Police Department Officers FAYSAL ABI-CHAHINE, individually, and DERRICK JARVIS, also known as DERRIK JARVIS, individually, and DOES 1 to 100, jointly and severally, | |
| Defendants. | |

///

///

///

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to continue the Status Conference now set before the Honorable Judge Edward M. Chen from October 26, 2017 at 10:30 a.m. in Courtroom 5, 17th Floor (San Francisco) to December 14, 2017 at 10:30 a.m. in Courtroom 5, 17th Floor (San Francisco).

The continuance is requested by Panos Lagos, counsel for Plaintiff, who is undergoing a double hernia operation on the morning of November 16, 2017.

Respectfully submitted,

LAW OFFICES OF PANOS LAGOS

Dated: October 30, 2017

*/s/Panos Lagos*
Panos Lagos, Esq.
*Attorney for Plaintiff,*
SANDRA HERNANDEZ

Dated: October 30, 2017

LEONE & ALBERTS

*/s/Claudia Leed*
KATHERINE A. ALBERTS, ESQ.
CLAUDIA LEED, ESQ.
Attorney for Defendants
CITY OF SAN MATEO,
FAYSAL ABI-CHAHINE, and
DERRICK JARVIS

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing therefore, IT IS ORDERED that the Status Conference now set before the Honorable Judge Edward M. Chen from October 26, 2017 at 10:30 a.m. in Courtroom 5, 17th Floor (San Francisco) to December 1̶4̶ 21, 2017 at 10:30 a.m. in Courtroom 5, 17th Floor (San Francisco).

Dated: 11/7/17

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION TO CONTINUE 11/16/17 STATUS CON
*Hernandez v. City of SAN MATEO, et al.*
USDC (N.D. Cal.) Case No.: 3:16-cv-03651-EMC