LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panos@panoslagoslaw.com

Attorney for Plaintiff,
SANDRA HERNANDEZ


LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
Email:  lleone@leonealberts.com
        kalberts@leonealberts.com
        cleed@leonealberts.com

Attorneys for Defendants
CITY OF SAN MATEO, FAYSAL ABI-CHAHINE,
and DERRIK JARVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HERNANDEZ, | Case No. 3:16-cv-03651-EMC |
| Plaintiff, | JOINT STIPULATION AND [Proposed] ORDER TO CONTINUE DECEMBER 21, 2017 STATUS CONFERENCE |
| vs. | |
| CITY OF SAN MATEO, a municipal corporation, San Mateo Police Department Officers FAYSAL ABI-CHAHINE, individually, and DERRICK JARVIS, also known as DERRIK JARVIS, individually, and DOES 1 to 100, jointly and severally, | |
| Defendants. | |

///

///

///

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to continue the Status Conference now set before the Honorable Judge Edward M. Chen from December 14, 2017 at 10:30 a.m. in Courtroom 5, 17th Floor (San Francisco) to January 25, 2018 at 10:30 a.m. in Courtroom 5, 17th Floor (San Francisco).

The continuance is requested by Panos Lagos, counsel for Plaintiff, because there has been a breakdown in communication between Plaintiff, Sandra Hernandez, and her counsel directly and negatively impacting the consummation of final settlement documents. A referral back to Magistrate Judge Sallie Kim for Plaintiff and Plaintiff's counsel might be helpful.

Respectfully submitted,

LAW OFFICES OF PANOS LAGOS

Dated: December __13__, 2017

/s/Panos Lagos
Panos Lagos, Esq.
*Attorney for Plaintiff,*
SANDRA HERNANDEZ

Dated: December 13, 2017

LEONE & ALBERTS

KATHERINE A. ALBERTS, ESQ.
Attorney for Defendants
CITY OF SAN MATEO,
FAYSAL ABI-CHAHINE, and
DERRICK JARVIS

## ORDER

Pursuant to the parties' Stipulation and good cause appearing therefore,

IT IS ORDERED that the Status Conference now set before the Honorable Judge Edward M. Chen from December 21, 2017 at 10:30 a.m. in Courtroom 5, 17th Floor (San Francisco) to Feb. 1, 2018 ~~January 25, 2018~~ at 10:30 a.m. in Courtroom 5, 17th Floor (San Francisco).

Dated: 12/19/17

EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

STIPULATION TO CONTINUE 12/21/17 STATUS CONFERENCE
*Hernandez v. City of SAN MATEO, et al.*
USDC (N.D. Cal.) Case No.: 3:16-cv-03651-EMC

2