1 | LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
2 | 5032 Woodminster Lane
Oakland, CA 94602
3 | (510)530-4078
(510)530-4725/FAX
4 | panos@panoslagoslaw.com

5 | Attorney for Plaintiff,
SANDRA HERNANDEZ
6 |

7 | LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
8 | **LEONE & ALBERTS**
A Professional Corporation
9 | 2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
10 | Telephone:  (925) 974-8600
Facsimile:  (925) 974-8601
11 | Email:  lleone@leonealberts.com
         kalberts@leonealberts.com
12 |     cleed@leonealberts.com

13 |
Attorneys for Defendants
14 | CITY OF SAN MATEO, FAYSAL ABI-CHAHINE,
and DERRIK JARVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HERNANDEZ, | Case No. 3:16-cv-03651-EMC |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER [FRCP 41(a)(1)] |
| vs. | Judge: Hon. Edward M. Chen |
| CITY OF SAN MATEO, a municipal corporation, San Mateo Police Department Officers FAYSAL ABI-CHAHINE, individually, and DERRICK JARVIS, also known as DERRIK JARVIS, individually, and DOES 1 to 100, jointly and severally, | Action Filed: 06/29/2016 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that all claims and defenses in the above-captioned action, having been settled by agreement of the parties, be and hereby are dismissed with prejudice pursuant to Federal Rules of

STIPULATION OF DISMISSAL
*Hernandez v. City of SAN MATEO, et al.*
USDC (N.D. Cal.) Case No.: 3:16-cv-03651-EMC       1

Civil Procedure 41(a)(1) with respect to all parties.

**IT IS SO STIPULATED.**

Respectfully submitted,

LAW OFFICES OF PANOS LAGOS

Dated: January 17, 2018

/s/Panos Lagos
Panos Lagos, Esq.
*Attorney for Plaintiff,*
SANDRA HERNANDEZ

Dated: January 23, 2018

LEONE & ALBERTS

KATHERINE A. ALBERTS, ESQ.
Attorney for Defendants
CITY OF SAN MATEO,
FAYSAL ABI-CHAHINE, and
DERRICK JARVIS

## ORDER

Pursuant to the Stipulation of the parties,

**IT IS ORDERED** that all claims and defenses in the above-captioned action are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

Dated: 1/26/18

EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
Judge Edward M. Chen